T. L. Overstreet, *et al.,* v. State, *ex rel.* H. S. Carpenter.

155 So. 926.
Division B.
Decision Filed May 29, 1934.

*Hawthorne H. Richards,* for Plaintiffs in Error;

*Wm. H. Jeter,* for Defendant in Error.

Per Curiam.—The final order herein awarding a peremptory writ of mandamus is affirmed upon the principles announced in State, *ex rel.* Buckwalter v. City of Lakeland, 112 Fla. 200, 150 So. 508.

It is so ordered.

Davis, C. J., and Whitfield, Terrell and Buford, J. J., concur.